BEFORE THE FIRST DIVISION, DECEMBER 1, 1955

**No. 59495.**—W. J. Byrnes & Co. of N. Y. and China Man Way Fur Corpn. et al. *v.* United States, protests 944341–G, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

**No. 59496.**—Fairfield Wool Company, Inc. *v.* United States, protest 170823–K (Bridgeport).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of waste sheepskin scrap similar in all material respects to that the subject of *Fairfield Wool Co., Inc.* v. *United States* (33 Cust. Ct. 199, C. D. 1653), the claim of the plaintiff was sustained.